AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2023**

SEAN F. McAVOY, CLERK

Elia Ramirez Rivera and Roberto Casiano Chino,  )
  *Plaintiffs*  )
    v.  )
LOREN K. MILLER, Director, Nebraska Service Center, U.S.  )   Civil Action No.4:23-cv-05067-EFS
Citizenship and Immigration Services, in his official capacity as well  )
as his successors and assigns; ALEJANDRO MAYORKAS,
Secretary, U.S. Department of Homeland Security, in his official
capacity as well as his successors and assigns; UR MENDOZA
JADDOU, Director, U.S. Citizenship and Immigration Services, in
her official capacity as well as her successor and assigns; ANTONY
J. BLINKEN, Secretary of State, U.S. Department of State, in his
official capacity as well as his successors and assigns; PHILLIP
SLATTERY, Director, National Visa Center, U.S. Department of
State, in his official capacity as well as his successors and assigns;
AND RICHARD C. VISEK, Acting Legal Adviser, U.S. Department
of State, in his official capacity as well as his successors and assigns,
  *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 5, is GRANTED. Judgment is entered in favor of Defendants'.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea   on a motion for

Date: 12/21/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*
Nicole Cruz